CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 12 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Linda Bright
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BARRY LEE HODGES,<br>　　Petitioner, | Civil Action No. 7:07cv00156 |
| v. | **FINAL ORDER** |
| COMMONWEALTH OF<br>VIRGINIA,<br>　　Respondent. | By: Hon. James C. Turk<br>Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Hodges' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner and respondent.

**ENTER:** This 12th day of July, 2007.

　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　Senior U.S. District Judge